**Order entered August 27, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00566-CV

### KELVIN SMITH AND ANGELIA SMITH, Appellants

### V.

### CONN APPLIANCES, INC. D/B/A CONN'S, Appellee

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-14173**

## ORDER

In response to our July 30, 2015 order to file the reporter's record or provide verification that no record exists or was requested, court reporter Vielica Dobbins has informed us that, although appellants requested a record, no reporter's record was made of the two hearings held in the trial court. Because there is no reporter's record and the clerk's record has been filed, we **ORDER** appellants to file their brief no later than September 28, 2015.

/s/    CAROLYN WRIGHT
        CHIEF JUSTICE